Arnab Banerjee (SBN 252618)
BANNER LAW GROUP, P.C.
11755 Wilshire Blvd., Suite 1250
Los Angeles, California 90025
Telephone: (323) 426-2991
Facsimile: (323) 426-2975
Email: arnab@bannerlawgroup.com

Leslie Glyer (SBN 251226)
LESLIE GLYER LAW, P.C.
23 Corporate Plaza Drive, Suite 150
Newport Beach, California 92660
Telephone: (949) 629-2527
Email: leslie@caworkplacerights.com

Attorneys for Plaintiff
CHRISTINE ESPIRITU

Ellen E. Cohen (SBN 258131)
Ariana Sanudo (SBN 324361)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:  (213) 689-0430
Ellen.Cohen@jacksonlewis.com
Ariana.Sanudo@jacksonlewis.com

Attorneys for Defendants
UNITED HEALTHCARE SERVICES, INC. and OPTUM SERVICES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISCTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ESPIRITU, an Individual, | **CASE NO.  2:21-CV-01082-MCS (JPRx)** |
| Plaintiff, | *[Case assigned to the Hon. Mark Scarsi]* |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation; OPTUM SERVICES, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | **Complaint Filed:** December 8, 2020 |

**TO THE HONORABLE COURT:**

Plaintiff CHRISTINE ESPIRITU ("Plaintiff") and Defendants UNITED HEALTHCARE SERVICES, INC. and OPTUM INC. ("Defendants") (collectively, the "Parties") by and through their respective counsel undersigned below pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal, with prejudice, of the above-captioned action in its entirety.

DATED: October 10, 2022

LESLIE GLYER LAW, P.C.

BANNER LAW GROUP, P.C.

By: _/s/ Leslie Glyer_
Leslie Glyer
Arnab Banerjee

DATED: November 2, 2022

JACKSON LEWIS P.C.

By: _/s/ Ellen E. Cohen_
Ellen E. Cohen
Javon Payton

Attorneys for Defendants
UNITED HEALTHCARE SERVICES, INC. and OPTUM SERVIES, INC.